

# MERCHANT
## L A W   G R O U P   L L P

203 EAST POST ROAD, WHITE PLAINS, NEW YORK 10601   TELEPHONE 845-704-7777   FACSIMILE 877-607-5419
NEW YORK · VANCOUVER · VICTORIA · CALGARY · EDMONTON · REGINA · SASKATOON · TORONTO · MONTREAL

November 15th, 2014

The Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square, Room 219
New York, New York 10007

*[Stamp: U.S. DISTRICT COURT FILED NOV 17 2014 S.D. OF N.Y.]*

       **Re:   United States v. Raleek Harrison**
            **Case No. 14 MAG 2475**

**DOC #___6___**

Dear Judge Netburn:

I represent Raleek Harrison, the Defendant in the above captioned case. I write to request that Mr. Harrison's conditions of release be modified <u>to include residence and travel in the District of New Jersey, as well as the Southern and Eastern Districts of New York.</u>

At the time of Mr. Harrison's initial presentment before Your Honor, on November 12th, 2014, Mr. Harrison planned on living with his mother and three other individuals in a two bedroom apartment in Brooklyn, New York. Upon reflection, Mr. Harrison would like to continue residing, at least on a part-time basis, in an apartment which he has been leasing for the past several months and which is located in Irvington, New Jersey (approximately 25 miles from Manhattan). The reason for this request is so that his two children can continue to reside with him on weekends, something which would be difficult to do in Brooklyn, given the fact that his mother's apartment is already overcrowded.

Both the Government and Pre-Trial Services consent to this request.

    Respectfully,

    Merchant Law Group LLP

    By: *Daniel DM*
        Daniel DeMaria, Esq.

*Application Granted.*

*[signature] Netburn*
*USMJ   11/17/14*

cc:  *Andrew DeFilippis (via electronic mail)*
    Assistant United States Attorney

    Mildred Santana (via electronic mail)
    United States Probation Officer