JUDGE RAMOS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA           :

           v.                      :     15 Cr. ____ (ER)

RALEEK HARRISON,                   :     15 CRIM 269

           Defendant.              :

- - - - - - - - - - - - - - - - - -X

          The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 1349, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Raleek Harrison

_____
Witness

_____
Daniel DeMaria, Esq.
Counsel Raleek Harrison

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 2015

Date:     New York, New York
          May 1, 2015

0202